| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:12-CR-55 |
| | § | |
| CURTIS PAUL JONES | § | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. Judge Giblin conducted a hearing to determine defendant's competency to stand trial. Judge Giblin concluded that the defendant is competent to stand trial under 18 U.S.C. § 4241.

The parties have not objected to the magistrate judge's findings and recommendation. The Court ORDERS that the report and recommendation on defendant's competency to stand trial (#31) is ADOPTED. The Court further ORDERS and FINDS that defendant, Curtis Paul Jones, is competent pursuant to Title 18, United States Code, Section 4241.

SIGNED at Beaumont, Texas, this 19th day of November, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE